# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 14-38319 See attached list |
| Levana Harper et.al. | ) | | |
| Debtor(s) | ) | Chapter: | Chapter 13 See attached list |
| | ) | | |
| | ) | Judge: | Deborah L. Thorne |

## SUBSTITUTION OF ATTORNEY

Now comes Nathan E. Curtis, and respectfully substitutes his appearance in this case and in those on the attached list for that of Timothy K. Stanton, who is a former attorney of Geraci Law L.L.C., In support of this Substitution, counsel would show the Court the following:

1. The debtor(s) retained Geraci Law L.L.C., and not any attorney individually; to prepare, file, and service this bankruptcy filing and all related matters.

2. Nathan E. Curtis requests that his appearance, on behalf of his law firm, Geraci Law L.L.C., be entered in these cases so that Geraci Law L.L.C. may properly receive all notices and pleadings in this case, and so that Timothy K. Stanton does not receive notice and pleadings on cases she is no longer involved in.

3. Timothy K. Stanton consents to his Substitution of Appearance.

Wherefore, Nathan E. Curtis, now prays the Court to accept his Substitution of Appearance for that of Timothy K. Stanton in all matters relating to these cases, and requests that all notices and pleadings in these cases which are directed to debtor's counsel be mailed to:

**Geraci Law L.L.C.**
**55 East Monroe St. Suite #3400**
**Chicago, Illinois 60603**

By:    */s/ Nathan E. Curtis*
       Nathan E. Curtis

**Our Client(s) Record # is 619469**
H:\_Subst Atty\WD - FAC - Substitution of Attorney to NAT.doc

| | |
|---|---|
| 14-38319 | Levana Harper |
| 14-38683 | Jeffrey M. Wiatrak |
| 14-38751 | Tomeka Romena Morgan |
| 14-38790 | Tanisha Shennetta Marie Wright |
| 14-38838 | Jocelyn T Meyers |
| 14-39809 | George W Arroyo, Jr. |
| 14-39844 | Tunisha Lynnette Gullens |
| 14-39939 | Marteen Andy Anderson |
| 14-40133 | Felecia Renee Nesbitt |
| 14-40267 | Christopher Thaddeus Milton, Sr. |
| 14-40389 | Rhonda D Smith |
| 14-40661 | Arneka Sue Branch |
| 14-40843 | Rebecca Simmons |
| 14-41014 | Elaine F Wagener |
| 14-41021 | Latana Nikole Weems |
| 14-41209 | Shannon Nelson |
| 14-41563 | Daniel Allen Carmack |
| 14-41580 | Gladys Louise Ewing |
| 14-41629 | Charles Lee Jackson |
| 14-41632 | Thomas Xavier Strong and Shirley Tenike Strong |
| 14-41633 | Charsae Tyann Perry |
| 14-41660 | Laketa Cherise Funches |
| 14-41758 | Jesus David Vargas and Frances Guadalupe Vargas |
| 14-41876 | Andrea Ann Jackson |
| 14-42331 | Vanessa Villagomez |
| 14-42733 | Miriam Makiba Evans |
| 14-42823 | Cetoya Lakeisha Ross |
| 14-43603 | Cindy Gabriela Lopez |
| 14-43676 | Harold A Mapp and Venita L Mapp |
| 14-44219 | Monique Antonette Saunders-Lee |
| 14-44280 | Diana Banks |
| 14-44627 | Jace Andrew Levato |
| 14-44643 | Helen Marie Mobley |
| 14-45239 | Jermaine Leon Byrd |
| 14-45389 | Karlos Roy Melvin Williams |
| 14-45452 | Earl Johnson and Wendy Johnson |
| 14-45478 | Antwanekia Shiretta Simmons |
| 14-45494 | Anthony John Elias and Meganne Kaye Elias |
| 14-45500 | Alfredo Patricio |
| 14-45596 | Denise Lashun Birchfield |
| 14-45663 | Lattishia Jamielle Jordans |
| 14-45811 | Chester Nicholson |
| 14-46178 | Laure A Pietro |
| 14-80008 | Tristan Michael Howe and Elizabeth DelRosario |
| 14-80284 | Alejandro Carmen Sanchez |
| 14-80801 | Markell Brian McCarthy, Sr. |
| 14-82007 | George Allen Kramp and Carrie Ann Kramp |
| 14-82291 | Daniel M Gierek |
| 14-82394 | Gregory Richard Beck and Lisa Ann Beck |
| 14-82446 | Brandon Mark Sathre |